IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY BRITTON, III**   **PLAINTIFF**

V.   CASE NO. 4:20-cv-00025 JM

**ERIC S. HIGGINS,** *et al*.   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 21st day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE